1  **DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2  2350 West Shaw Avenue, Suite 132
Fresno, California  93711
3  (559) 432-0986 Telephone
(559) 432-4871 Facsimile
4

5  Attorney for Defendant, ERNEST PANOO

6

7  **UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**
8

| | | |
|---|---|---|
| 9  UNITED STATES OF AMERICA, | ) | Case No. 1:08-CR-00232 LJO |
| | ) | |
| 10              Plaintiff, | ) | **STIPULATION AND ORDER BY AND BETWEEN THE PARTIES TO CONTINUE STATUS CONFERENCE** |
| | ) | |
| 11  v. | ) | |
| | ) | |
| 12  ERNEST PANOO, aka "RAIDER", | ) | Date   :   **August 21, 2009** |
| | ) | Time   :   8:15 a.m. |
| 13              Defendant. | ) | Dept   :   Hon. Lawrence J. O'Neill |
| | ) | |
| 14  _____ | ) | |

15       A Status Conference in this matter is currently scheduled for August 21, 2009, at 8:15 a.m.

16  The parties hereby stipulate to continue the hearing to August 27, 2009, at 8:30 a.m., for change of

17  plea.

18  Dated: August 20, 2009               /s/ *Dale A. Blickenstaff*
                                         DALE A. BLICKENSTAFF
19                                       Attorney for Defendant, GUADALUPE CUEVAS

20

21  Dated: August 20, 2009               /s/ *Kimberly A. Sanchez*
                                         KIMBERLY A. SANCHEZ
22                                       Assistant United States Attorney

23

24  **THE PARTIES HAVING CONSENTED, IT IS SO ORDERED.**

25
    IT IS SO ORDERED.
26
    **Dated:   August 20, 2009**                 /s/ Lawrence J. O'Neill
27                                               UNITED STATES DISTRICT JUDGE

28

**STIPULATION AND ORDER BY AND BETWEEN THE PARTIES TO CONTINUE STATUS CONFERENCE**
**Case No. 1:08-CR-00232 LJO**                                                        Page 1