AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:08-cr-00232-LJO   Document 313   Filed 11/02/11   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

|  |  |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 1:08CR00232-013 |
| ERNEST PANOO ) | USM No: 64074-097 |
| Date of Original Judgment: 10/30/2009 ) | |
| Date of Previous Amended Judgment: ) | DAVID PORTER, ASST. FEDERAL DEFENDER |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ❏  the Director of the Bureau of Prisons  ❏  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❏ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   57   months **is reduced to**   37 MONTHS   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   11/04/2009   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  November 2, 2011                    /s/ Lawrence J. O'Neill
                                                 *Judge's signature*

Effective Date:                                  LAWRENCE J. O'NEILL, UNITED STATES DISTRICT
               *(if different from order date)*  *Printed name and title*