AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:08-cr-00232-LJO   Document 314   Filed 11/03/11   Page 1 of 1

# UNITED STATES DISTRICT COURT
для the

EASTERN District of CALIFORNIA

United States of America )
v. )
ERNEST PANOO )   Case No: 1:08CR00232-013
)   USM No: 64074-097
Date of Original Judgment: 10/30/2009 )
Date of Previous Amended Judgment: ) DAVID PORTER, ASST. FEDERAL DEFENDER
*(Use Date of Last Amended Judgment if Any)*    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   57   months **is reduced to**   37 MONTHS   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   11/04/2009   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  November 2, 2011            /s/ Lawrence J. O'Neill
                                          *Judge's signature*

Effective Date:                           LAWRENCE J. O'NEILL, UNITED STATES DISTRICT
*(if different from order date)*          *Printed name and title*